| | |
|---|---|
| 1 | ZHEN LAW FIRM |
| 2 | Chris J. Zhen (SBN 275575)<br>chris.zhen@zhenlawfirm.com |
| 3 | 5670 Wilshire Blvd #1800<br>Los Angeles, CA  90036 |
| 4 | Telephone:  (213) 935-071<br>*Attorneys for Plaintiff* |
| 5 | RACHEL YATES |
| 6 | DLA Piper LLP<br>Patrick S. Park (SBN 246348) |
| 7 | patrick.park@dlapiper.com<br>2000 Avenue of the Stars |
| 8 | Los Angeles, CA 90067<br>Telephone: (310) 595-3113 |
| 9 | Facsimile:  (310) 595-3413<br>*Attorneys for Defendant* |
| 10 | AMAZON.COM, INC. |

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| RACHEL YATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　Defendant. | Case No. 2:21-cv-07491-RSWL-JPR<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Judge:   Hon. Ronald S. W. Lew<br><br>Complaint Filed:   Sept. 20, 2021 |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. 2:21-CV-07491-RSWL-JPR

1    The undersigned counsel of record for Plaintiff Rachel Yates ("Plaintiff") and
2    counsel for Defendant Amazon.com, Inc. ("Defendant"), pursuant to Local Rules 7-
3    1 and 8-3, hereby stipulate to extend the time for Defendant to respond to the
4    Complaint for Patent Infringement ("Complaint") filed by Plaintiff on September
5    20, 2021.  Dkt. No. 1.  Defendant was served with the Complaint and Summons on
6    October 5, 2021, and Defendant's current deadline to respond to the Complaint is
7    October 26, 2021.  Plaintiff and Defendant currently are engaged in discussions
8    regarding Plaintiff's allegations in the Complaint. Defendant also is presently
9    engaged in investigating Plaintiff's allegations. Defendant therefore seeks a 35-day
10   extension of time to file its responsive pleading from October 26, 2021 to December
11   1, 2021. Plaintiff respectfully submits that good cause exists for an extension of
12   time. Defendant's counsel agrees to this request.

13       I, Chris J. Zhen, attest that the other signatory on this Stipulation to Extend
14   Time to Respond to Complaint concurs in the filing's content and has authorized the
15   filing.

16
17   DATED:  October 12, 2021         ZHEN LAW FIRM

18                                    By:   */s/ Chris J. Zhen*
19                                          CHRIS J. ZHEN
                                            Attorneys for Plaintiff
20                                          RACHEL YATES

21
22
23   DATED:  October 12, 2021         DLA Piper LLP
24
25                                    By:   */s/ Patrick S. Park (w/ express permission)*
                                            PATRICK S. PARK
26                                          Attorneys for Defendant
27                                          AMAZON.COM, INC.
28

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT                            - 1 -
CASE NO. 2:21-CV-06204-JAK-GJS