1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| RACHEL YATES, | Case No. 2:21-cv-07491-RSWL-JPR |
|---|---|
| Plaintiff, | **PROPOSED ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| AMAZON.COM, INC., | Honorable Hon. Ronald S. W. Lew |
| Defendant. | Complaint Filed:   Sept. 20, 2021 |

PROPOSED ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO. 2:21-CV-07491-RSWL-JPR

1  The Court having reviewed the Stipulation to Extend Time for Defendant
2  Amazon.com, Inc. to respond to the Complaint and good cause appearing therefor:
3  IT IS HEREBY ORDERED that Defendant Amazon.com, Inc.'s response to
4  the Complaint shall be due on December 1, 2021.
5  **IT IS SO ORDERED.**

7  DATED: October ____, 2021   _____
8                                                          Hon. Ronald S. W. Lew
                                                        United States District Judge