Chris J. Zhen (State Bar No. 275575)
chris.zhen@zhenlawfirm.com
Telephone: (213) 935-0715
Hogan Ganschow (State Bar No. 256137)
hogan.ganschow@zhenlawfirm.com
Telephone: (805) 664-1222
ZHEN LAW FIRM
5670 Wilshire Blvd #1800
Los Angeles, CA 90036

*Attorneys for Plaintiff Rachel Yates*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| RACHEL YATES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC.,<br><br>　　　　Defendant. | Case No.: 2:21-cv-07491-RSWL-JPR<br><br>**ASSENTED-TO MOTION TO AMEND COMPLAINT**<br><br>Judge: Hon. Ronald S. W. Lew<br><br>Complaint Filed: Sept. 20, 2021 |

　　　　Plaintiff Rachel Yates ("Plaintiff"), by and through her counsel, submits her Assented-To Motion to Amend Complaint ("Motion"). In support of this Motion, Plaintiff states as follows:

　　　　1.　　Good cause exists to grant this Motion. Among other things, Plaintiff has advanced this case by deleting allegations relating to claim 1 and indirect infringement in the asserted patent in the First Amended Complaint (FAC), which

has been attached hereto as Exhibit A. A redline version of the FAC showing all additions and deletions is attached hereto as Exhibit B.

2.    Pursuant to Fed. R. Civ. P. 15(a)(2), "a party may amend its pleading with the opposing party's written consent or the court's leave." Plaintiff met and conferred with Defendant, and Defendant provided written consented for this Motion.

3.    For the foregoing reasons, Plaintiff requests entry of the FAC.

Respectfully Submitted,

Dated: November 21, 2021    ZHEN LAW FIRM

By:   /Chris J. Zhen/
      Chris J. Zhen
Attorneys for Plaintiff RACHEL YATES

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 21th day of November, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system. Any other counsel of record will be served by a facsimile transmission, first class mail, and/or electronic mail.

By: */Chris J. Zhen/*

ASSENTED-TO MOTION TO AMEND COMPLAINT
CASE NO. 2:21-CV-07491-RSWL-JPR    -3-