# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| RACHEL YATES,<br><br>         Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC.,<br><br>         Defendant. | Case No.: 2:21-cv-07491-RSWL-JPR<br><br>**[PROPOSED] ORDER GRANTING ASSENTED-TO MOTION TO AMEND COMPLAINT** |

   The Court, having considered the Assented-To Motion to Amend Complaint, finds good cause to grant said motion and accepts the filing of Plaintiff's First Amended Complaint.

   **IT IS SO ORDERED.**

Dated: November __, 2021        _____
                                Hon. Ronald S. W. Lew
                                United States District Judge

[PROPOSED] ORDER

-1-