| | |
|---|---|
| DLA Piper LLP<br>Patrick S. Park (SBN 246348)<br>patrick.park@dlapiper.com<br>2000 Avenue of the Stars<br>Los Angeles, CA 90067<br>Telephone: (310) 595-3113<br>Facsimile:  (310) 595-3413<br><br>DLA PIPER LLP (US)<br>Jennifer Librach Nall (admitted *pro hac vice*)<br>Jennifer.Nall@dlapiper.com<br>303 Colorado Street, Suite 3000<br>Austin, Texas 78701-4653<br>Telephone: 512. 457.7000<br>Facsimile: 512.457.7001<br><br>DLA PIPER LLP (US)<br>Catherine Huang (SBN 299696)<br>Catherine.huang@us.dlapiper.com<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>Telephone: 619.699.2700<br>Facsimile: 619.699.2701<br><br>*Attorneys for Defendant*<br>AMAZON.COM, INC. | ZHEN LAW FIRM<br>5670 Wilshire Blvd #1800<br>Los Angeles, CA 90036<br>Chris J. Zhen (SBN 275575)<br>chris.zhen@zhenlawfirm.com<br>TEL: (213) 935-0715<br>Hogan Ganschow (SBN 256137)<br>hogan.ganschow@zhenlawfirm.com<br>TEL: (805) 664-1222<br><br>*Attorneys for Plaintiff*<br>RACHEL YATES |

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RACHEL YATES,<br><br>          Plaintiff,<br><br>     v.<br><br>AMAZON.COM, INC.,<br><br>          Defendant. | Case No. 2:21-cv-07491-JAK(GJSx)<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>**[STIPULATED PER STANDING ORDER, ¶ 9(B), DOCKET NO. 30]**<br><br>FAC Filed:      Nov. 21, 2021<br>Hearing Date:  Apr. 25, 2022<br><br>JUDGE: Hon. John A. Kronstadt |

Plaintiff Rachel Yates ("Plaintiff") and Defendant Amazon.com, Inc. ("Defendant"), by and through their respective counsel, submit this Stipulation to Extend Time for Plaintiff to Respond to Defendant's Motion to Dismiss ("Stipulation").

1. Defendant filed its Motion to Dismiss First Amended Complaint on December 22, 2022 (Dkt. No. 29), set for hearing on April 25, 2022.

2. Pursuant to Paragraph 9(b) of the Court's Standing Order (Dkt. No. 30), Plaintiff's Opposition to the Motion to Dismiss is due to be filed on January 12, 2022.

3. Defendant's Reply in Support of its Motion to Dismiss is due on January 26, 2022.

**Plaintiff and Defendant hereby stipulate as follows:**

4. The deadline for Plaintiff to file its Opposition to the Motion to Dismiss shall be extended from January 12, 2022 to January 19, 2022.

5. The deadline for Defendant to file its Reply in Support of its Motion to Dismiss shall be extended from January 26, 2022 to February 2, 2022.

I, Chris J. Zhen, attest that the other signatory on this Stipulation concurs in the filing's content and has authorized the filing.

DATED: December 29, 2021    ZHEN LAW FIRM

By: */s/ Chris J. Zhen*
CHRIS J. ZHEN
Attorneys for Plaintiff
RACHEL YATES

1  DATED:  December 29, 2021     DLA Piper LLP

2

3                                           By:   */s/ Jennifer L. Nall (w/ express permission)*
4                                                  Jennifer L. Nall (admitted *pro hac vice*)
   **DLA PIPER LLP (US)**
5  303 Colorado Street, Suite 3000
   Austin, Texas 78701-4653
6  Tel: 512.457.7000
7  Fax: 512.457.7001
   jennifer.nall@dlapiper.com
8

9  Patrick Park (SBN 246348)
   **DLA PIPER LLP (US)**
10 2000 Avenue of the Stars, Suite 400 North Tower
11 Los Angeles, CA 90067-4704
12 Tel: 310.595.3000
   Fax: 310.595.3300
13 patrick.park@us.dlapiper.com
14

15 Catherine Huang (SBN 299696)
   **DLA PIPER LLP (US)**
16 401 B Street, Suite 1700
   San Diego, CA 92101-4297
17 Tel: 619.699.2700
18 Fax: 619.699.2701
   Catherine.huang@us.dlapiper.com
19

20 *Attorneys for Defendant Amazon.com, Inc.*
21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S
MOTION TO DISMISS                                                           - 2 -
CASE NO. 2:21-CV-07491-JAK(GJSX)

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 29th day of December, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system. Any other counsel of record will be served by a facsimile transmission, first class mail, and/or electronic mail.

By: /Chris J. Zhen/