DLA Piper LLP
Patrick S. Park (SBN 246348)
patrick.park@dlapiper.com
2000 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 595-3113
Facsimile:  (310) 595-3413

DLA PIPER LLP (US)
Jennifer Librach Nall (admitted *pro hac vice*)
Jennifer.Nall@dlapiper.com
303 Colorado Street, Suite 3000
Austin, Texas 78701-4653
Telephone: 512. 457.7000
Facsimile: 512.457.7001

DLA PIPER LLP (US)
Catherine Huang (SBN 299696)
Catherine.huang@us.dlapiper.com
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: 619.699.2700
Facsimile: 619.699.2701

*Attorneys for Defendant*
AMAZON.COM, INC.

ZHEN LAW FIRM
5670 Wilshire Blvd #1800
Los Angeles, CA 90036
Chris J. Zhen (SBN 275575)
chris.zhen@zhenlawfirm.com
TEL: (213) 935-0715
Hogan Ganschow (SBN 256137)
hogan.ganschow@zhenlawfirm.com
TEL: (805) 664-1222

*Attorneys for Plaintiff*
RACHEL YATES

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RACHEL YATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　Defendant. | Case No. 2:21-cv-07491-JAK(GJSx)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>COMPLAINT FILED: Sept 20, 2021 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1) Plaintiff Rachel Yates and Defendant Amazon.com, Inc., by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed in their entirety with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

I, Chris J. Zhen, attest that the other signatory on this Stipulation concurs in the filing's content and has authorized the filing.

DATED:  May 19, 2022     ZHEN LAW FIRM

By: */s/ Chris J. Zhen*
    CHRIS J. ZHEN
Attorneys for Plaintiff
RACHEL YATES

///

///

///

| | | |
|---|---|---|
| 1 | DATED: May 19, 2022 | DLA Piper LLP |
| 2 | | |
| 3 | | By: */s/ Jennifer L. Nall (w/ express permission)*<br>Jennifer L. Nall (admitted *pro hac vice*) |
| 4 | | **DLA PIPER LLP (US)** |
| 5 | | 303 Colorado Street, Suite 3000<br>Austin, Texas 78701-4653 |
| 6 | | Tel: 512.457.7000<br>Fax: 512.457.7001 |
| 7 | | jennifer.nall@dlapiper.com |
| 8 | | |
| 9 | | Patrick Park (SBN 246348)<br>**DLA PIPER LLP (US)** |
| 10 | | 2000 Avenue of the Stars, Suite 400 North Tower |
| 11 | | Los Angeles, CA 90067-4704 |
| 12 | | Tel: 310.595.3000<br>Fax: 310.595.3300 |
| 13 | | patrick.park@us.dlapiper.com |
| 14 | | |
| 15 | | Catherine Huang (SBN 299696)<br>**DLA PIPER LLP (US)** |
| 16 | | 401 B Street, Suite 1700<br>San Diego, CA 92101-4297 |
| 17 | | Tel: 619.699.2700 |
| 18 | | Fax: 619.699.2701<br>Catherine.huang@us.dlapiper.com |
| 19 | | |
| 20 | | *Attorneys for Defendant Amazon.com, Inc.* |

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 19th day of May, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system. Any other counsel of record will be served by a facsimile transmission, first class mail, and/or electronic mail.

By:    */Chris J. Zhen/*
       Chris J. Zhen